IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DAVID J. ATENCIO,**

    **Plaintiff,**

    v.                                  No. 13-cv-1078 KG/SMV

**S. NEW MEXICO CORR. FACILITY,
CORIZON HEALTH, JAMES KACZMAREK,
SANTIAGO LERMA, CHUCK EVANS,
CHRIS BARELA, and KELLI MARABLE,**

## ORDER TO CURE DEFICIENCY

       The Clerk issued notice and waiver of service forms for Defendant Marable.  The forms were returned undelivered with a notation that Defendant Marable is no longer at the institution. [Doc. 14].  A person requesting service under 28 U.S.C. § 1915 is required to provide adequate information to permit service on a defendant.  Because service has not been effected, Plaintiff is directed to **file a response to this order with correct address for Defendant Marable**.  Failure to timely cure the designated deficiency may result in dismissal of Plaintiff's claims against Defendant Marable without prejudice without further notice.

       **IT IS THEREFORE ORDERED** that Plaintiff shall respond with the correct address for Defendant Marable **within thirty (30) days** from entry of this order.

       **IT IS SO ORDERED.**

                                                     _____
                                                     **STEPHAN M. VIDMAR
                                                     United States Magistrate Judge**