IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAVID J. ATENCIO,

    Plaintiff,

  v.                                                           No. 13-cv-1078 KG/SMV

S. NEW MEXICO CORR. FACILITY,
CORIZON HEALTH, JAMES KACZMAREK,
SANTIAGO LERMA, CHUCK EVANS,
CHRIS BARELA, and KELLI MARABLE,

    Defendants.[1]

## JUDGMENT

    The Court hereby enters judgment in this matter. Having dismissed with prejudice Plaintiff's claims against all Defendants in an order entered concurrently herewith,

    **IT IS ORDERED, ADJUDGED, AND DECREED** that **JUDGMENT** is entered **IN FAVOR OF DEFENDANTS.**

    **IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

---

[1] Defendants Southern New Mexico Correctional Facility and Corizon Health were dismissed from this action on April 4, 2014. [Doc. 13]. Only Defendants Kaczmarek, Lerma, Evans, Barela, and Marable remain.